PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** (Tran. Court): 2:13CR00417

**DOCKET NUMBER** (Rec. Court): 2:19-cr-0005 KJM

FILED JAN 9 2019 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ali Almeda | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Kent J. Dawson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/7/2018 — TO 5/6/2022 |

**OFFENSE**
21 U.S.C § 841(a)(1),(b)(1)(B)(vii)&846 Conspiracy to Manufacture a Controlled Substance
21 U.S.C. § 856(a)(1) and 18:2 Maintaining Drug-Involved Premises; Aiding and Abetting

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **United States** DISTRICT OF **Nevada**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/21/2018
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **United Sates Court** DISTRICT OF **Eastern District of California**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/9/19
Effective Date

_[signature] Mueller_
United States District Judge